FILED

JAN - 2 2024

CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:24mj 1 |
| | ) | |
| CRYSTAL ELLIS BRINKLEY | ) | |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 2, 2022, at the Great Dismal Swamp National Wildlife Refuge, within the Eastern District of Virginia, the defendant, Crystal Ellis Brinkley, did hunt black bear with the use of dogs in violation of specific hunting regulations issued by the Great Dismal Swamp National Wildlife Refuge pursuant to Title 50, Code of Federal Regulations, Section 32.3.

(In violation of Title 16, United States Code, Section 668dd(f) and Title 50, Code of Federal Regulations, Section 32.2(f)).

### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 2, 2022, at the Great Dismal Swamp National Wildlife Refuge, within the Eastern District of Virginia, the defendant, Crystal Ellis Brinkley, did hunt black bear on a non-designated hunt day in violation of specific hunting regulations issued by the Great Dismal Swamp National Wildlife Refuge, pursuant to Title 50, Code of Federal Regulations, Section 32.3.

(In violation of Title 16, United States Code, Section 668dd(f) and Title 50, Code of Federal Regulations, Section 32.2(f)).

1

## COUNT THREE
### (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 2, 2022, at the Great Dismal Swamp National Wildlife Refuge, within the Eastern District of Virginia, the defendant, Crystal Ellis Brinkley, did hunt black bear without possessing a refuge hunt permit in violation of specific hunting regulations issued by the Great Dismal Swamp National Wildlife Refuge pursuant to Title 50, Code of Federal Regulations, Section 32.3.

(In violation of Title 16, United States Code, Section 668dd(f) and Title 50, Code of Federal Regulations, Section 32.2(f)).

## COUNT FOUR
### (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 2, 2022, at the Great Dismal Swamp National Wildlife Refuge, within the Eastern District of Virginia, the defendant, Crystal Ellis Brinkley, did fail to notify the refuge of a bear harvest within 24 hours after killing a black bear within the refuge, in violation of specific hunting regulations issued by the Great Dismal Swamp National Wildlife Refuge pursuant to Title 50, Code of Federal Regulations, Section 32.3.

(In violation of Title 16, United States Code, Section 668dd(f) and Title 50, Code of Federal Regulations, Section 32.2(f)).

## COUNT FIVE
### (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 2, 2022, at the Great Dismal Swamp National Wildlife Refuge, within the Eastern District of Virginia, the defendant, Crystal Ellis Brinkley, did trespass in an area of the refuge that was closed to public access.

(In violation of Title 16, United States Code, Section 668dd(f) and Title 50, Code of Federal Regulations, Section 26.21(a)).

## COUNT SIX
### (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 2, 2022, at the Great Dismal Swamp National Wildlife Refuge, within the Eastern District of Virginia, the defendant, Crystal Ellis Brinkley, did, without a special permit or permission, disturb, injure, destroy or attempt to disturb, injure or destroy, a plant or animal within the refuge.

(In violation of Title 16, United States Code, Section 668dd(f) and Title 50, Code of Federal Regulations, Section 27.51).

COUNT SEVEN
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 2, 2022, at the Great Dismal Swamp National Wildlife Refuge,

within the Eastern District of Virginia, the defendant, Crystal Ellis Brinkley, did take a plant or

animal on the refuge without being authorized to do so.

(In violation of Title 16, United States Code, Section 668dd(f) and Title 50, Code of Federal
Regulations, Section 27.21)

Respectfully submitted,

JESSICA D. ABER
United States Attorney

By: _____
Dee Mullarkey Sterling
Assistant United States Attorney
VA Bar No. 25796
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
dee.sterling@usdoj.gov

4

## CERTIFICATE OF SERVICE

I, Dee M. Sterling, Assistant United States Attorney, do hereby certify that on January 2, 2024, a copy of the foregoing pleading was mailed, postage prepaid, to the defendant.

By: _____

Dee Mullarkey Sterling
Assistant United States Attorney
VA Bar No. 25796
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
dee.sterling@usdoj.gov